IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LILLIE MIMS, *et al.*, | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 13-00643-KD-M |
| | ) |
| MONROE COUNTY BOARD OF | ) |
| EDUCATION, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 10) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 20, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss Plaintiff Mims's Title VII claims as untimely (Doc. 4) is **DENIED** and the remainder of the Motion For More Definite Statement (Doc. 4) is **GRANTED** in accordance with the instructions set out in the Report and Recommendation. It is further **ORDERED** that Plaintiff Turner's voluntary dismissal as to her Title VII claims is **GRANTED**.

**DONE** and **ORDERED** this the **4th** day of **June 2014**.

                                          /s/ Kristi K. DuBose
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**