IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LILLIE MIMS and BARBARA TURNER, )<br>    Plaintiffs,   )<br>                                    )<br>v.                                        )<br>                                    )<br>MONROE COUNTY BOARD OF  )<br>EDUCATION, *et al.*,            )<br>    Defendants.          )  | CIVIL ACTION 13-00643-KD-M |

**JUDGMENT**

In accordance with the Orders entered on this date regarding the Defendants' motions for summary judgment (Docs. 58, 59), it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendants and against Plaintiff Lillie Mims and Plaintiff Barbara Turner.

**DONE** and **ORDERED** this the **12**th day of **August 2015.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**